E-FILED 8/11/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRANDON HALE, an Individual, DAVID BIAGAS, an Individual, and MARCUS BOYD, an Individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware Corporation; TREMAINE ALDON NEVERSON p/k/a Trey Songz, an Individual; RICHARD PRESTON BUTLER, Jr. p/k/a Rico Love, an Individual; BENJAMIN LEVIN p/k/a Benny Blanco, an Individual; MATZA BALL MUSIC, WHERE DA KASZ AT; EMI FORAY MUSIC, APRIL'S BOY MUZIK; WARNER/CHAPPELL MUSIC, BMI; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. CV13-03500 PSG (RZx)<br><br>[~~*PROPOSED*~~] ORDER DISMISSING ACTION WITH PREJUDICE |

## ORDER

Pursuant to the parties' First Amended Stipulation, this action is hereby dismissed in its entirety, with prejudice as to all defendants, and with plaintiffs, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 8/11/14

PHILIP S. GUTIERREZ
_____
The Honorable Philip S. Gutierrez
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Defendants
ATLANTIC RECORDING CORPORATION,
WARNER/CHAPPELL MUSIC, INC.,
MICHAEL CAREN, TREMAINE ALDON
NEVERSON, APRIL'S BOY MUSIC, LLC,
RICHARD PRESTON BUTLER, JR.,
BENJAMIN LEVIN and
LOTZAH MATZAH SONGS LLC